## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURITTA D. WALLIS,<br><br>Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC.,<br>FIRST TRANSIT, INC.,<br>FIRST GROUP AMERICA, INC., and<br>DOES 1 TO 100,<br><br>Defendants. | Case No. 2:19-cv-03448-JWH-Ex<br><br>**ORDER DENYING PLAINTIFF'S MOTION *IN LIMINE* [ECF No. 111-5]** |

Before the Court is the *ex parte* motion *in limine* of Plaintiff Mauritta Wallis to exclude all unidentified affirmative defenses.[1] On May 28, 2021, the Court granted Wallis' application to file the Motion *ex parte*, ordered that the Motion was deemed filed, and set a deadline for Defendant Greyhound Lines, Inc., to file its opposition.[2] Greyhound timely filed its opposition on June 2, 2021.[3] The Court heard oral argument on June 3, 2021, and took the Motion under submission.

In her Motion, Wallis seeks to preclude Greyhound from introducing evidence or argument pertaining to the affirmative defense[4]s that Greyhound identified in its memorandum of contentions of fact and law[5] as numbers: 1 (other than unclean hands);[6] 3 (Failure to Mitigate Damages);[7] 4 (Managerial Privilege);[8] 7 (Failure to Exhaust Internal Remedies);[9] 11 (No Prejudgment Interest);[10] 15 (Offset);[11] and 16 (Punitive Damages Unconstitutional)[12]. Wallis

---

[1] Pl.'s [Proposed] *Ex Parte* Motion *in Limine* (the "Motion") [ECF No. 111-5].

[2] *See generally* Order Granting Plaintiff's *Ex Parte* Appl. Leave to File Mot. *in Limine* [ECF No. 116].

[3] *See* Def.'s Opp'n to the Motion [ECF No. 125].

[4] *See* Motion 7:9–27. In her Motion, Wallis appears to have misnumbered Greyhound's affirmative defense number 15—Offset (erroneously listed as number 13 in the Motion), and number 16—Punitive Damages Unconstitutional (erroneously listed as number 14 in the Motion).

[5] Def.'s Mem. of Contentions of Fact and Law (the "Pre-Trial Memorandum") [ECF No. 102].

[6] Pre-Trial Memorandum 22:5–23:20.

[7] *Id.* at 24:11–25:9.

[8] *Id.* at 25:10–25.

[9] *Id.* at 27:24–28:14.

[10] *Id.* at 30:7–13.

[11] *Id.* at 32:21–33:5.

[12] *Id.* at 33:6–11.

contends that Greyhound failed to disclose facts supporting these affirmative defenses in response to Wallis' Interrogatory Number 14.[13]

Having thoroughly considered the parties' briefing, the exhibits filed in support of the Motion—in particular Exhibit 3, which consists of Greyhound's supplemental and further responses to Wallis' Interrogatory Number 14—and the oral argument of counsel at the hearing, the Court concludes that Greyhound adequately disclosed the facts in support of its affirmative defenses.

Accordingly, the Court **DENIES** Wallis' Motion in its entirety.

**IT IS SO ORDERED.**

Dated: June 7, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[13] *See* Motion 7:21–8:28; *see also* Ex. 3 in Supp. of the Motion ("Exhibit 3") [ECF No. 111-4] 10:3–14:14.